```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :    0208 7:19CR00089
                                    :
       -against-                    :    ORDER
                                    :
HARRY QUINTANA-CRUZ                 :
                                    :
           Defendant                :
                                    :
------------------------------------X
```

Honorable Kenneth M. Karas, United States District Judge:

It is hereby ORDERED that the supervised releasee, HARRY QUINTANA-CRUZ (DOB 06/14/1991), conditions of supervised release are modified to include the following: 1) You must participate in an inpatient mental health treatment program to include domestic violence treatment as approved by the United States Probation Office. You must continue to take any prescribed medications unless otherwise instructed by the health care provider. You must contribute to the cost of services rendered based on your ability to pay and the availability of third-party payments. The Court authorizes the release of available psychological and psychiatric evaluations and reports, including the presentence investigation report, to the health care provider and 2) You must comply with Order of Protection issued by the State.

Dated: White Plains, New York
November 25, 2024

SO ORDERED:

_____
Honorable Kenneth M. Karas
United States District Judge